# United States District Court
# For The Western District of North Carolina
# Statesville Division

ROGER MOSTELLER,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            5:08CV3

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 20, 2010 Order.

                                      Signed: December 20, 2010

*(signature)*

Frank G. Johns, Clerk
United States District Court